IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARL DAVIS BAILEY, :

    Plaintiff, :

vs. :     CIVIL ACTION 13-536-WS-M

SHERIFF SAM COCHRAN, *et, al*. :

    Defendants. :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff Carl Davis Bailey's action filed under 42 U.S.C. § 1983 against Defendants Sheriff Sam Cochran and Warden Noah Price Oliver, III, be DISMISSED with prejudice.

DONE this 26th day of February, 2014.

                                               s/WILLIAM H. STEELE
                                             CHIEF UNITED STATES DISTRICT JUDGE