IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CARL DAVIS BAILEY, :

    Plaintiff, :

vs. : CIVIL ACTION 13-536-WS-M

SHERIFF SAM COCHRAN, *et, al.* :

    Defendants. :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT on all claims be entered in favor Defendants Sheriff Sam Cochran and Warden Noah Price Oliver, III, and against Plaintiff Carl Davis Bailey.

    DONE this 26th day of February, 2014.

                               s/WILLIAM H. STEELE
                               CHIEF UNITED STATES DISTRICT JUDGE